# Court of Appeals
# of the State of Georgia

ATLANTA,___March 12, 2014___

*The Court of Appeals hereby passes the following order:*

**A14I0133. MANI CHULPAYEV v. THE STATE.**

A grand jury returned an eight-count indictment against Mani Chulpayev and four co-defendants, charging them with, among other things, murder. Chulpayev filed an application for interlocutory appeal in this Court, seeking review of the trial court's order denying in part his motion to suppress. In *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984), the Supreme Court held that "[t]he Court of Appeals is directed to transfer to the Supreme Court all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases . . ." (Emphasis supplied.) This instruction was upheld in *State v. Murray*, 286 Ga. 258 (687 SE2d 790) (2009) (if the murder count of the indictment remains pending below, jurisdiction of the appeal lies in the Supreme Court). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/12/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*